```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 16-03921-HWV
Annette Allen                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Sep 01, 2020
                        Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2020.
5001755        +Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,    Wilmington Savings Fund Society, FSB,    Carrington Mortgage Services, LLC 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                        TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2020 at the address(es) listed below:
        Celine P DerKrikorian    on behalf of Creditor    U.S. Bank National Association, as Trustee,     successor in interest to Bank of America, National Assoiation, as Trustee, successor by merger     to LaSalle Bank National Association, as Trustee for Bear Ste ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
        Gary J Imblum    on behalf of Debtor 1 Annette  Allen gary.imblum@imblumlaw.com,     gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com
        James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of     Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
        Michele A De Witt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, as trustee of     Stanwich Mortgage Loan Trust A bkecfinbox@aldridgepite.com,    mdewitt@ecf.inforoptcy.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                  TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:16-bk-03921-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Annette Allen
2640 Reel Street
Harrisburg PA 17110

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/31/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 8: Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB, Carrington Mortgage Services, LLC | Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, PO Box 65250 Salt Lake City, UT 84165 Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/03/20

Terrence S. Miller
**CLERK OF THE COURT**