# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    ANNETTE ALLEN                                  Case No.: 1-16-03921-HWV

                                                   Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                      **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 2640 Reel St - PRE-ARREARS - 0496 |
| Property Address if applicable: | 2640 REEL STREET, , HARRISBURG, PA17110 |

**PART 2:**                      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $7,225.94 |
| b. | Prepetition arrearages paid by the Trustee: | $7,225.94 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $7,225.94 |

**PART 3:**                      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**                      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: July 22, 2021                                Respectfully submitted,

                                                s/ Jack N. Zaharopoulos
                                                Standing Chapter 13 Trustee
                                                Suite A, 8125 Adams Drive
                                                Hummelstown, PA  17036
                                                Phone:  (717) 566-6097
                                                Fax:  (717) 566-8313
                                                eMail:  info@pamd13trustee.com

Creditor Name: SPECIALIZED LOAN SERVICING LLC
Court Claim Number: 04

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1173752 | 09/19/2017 | $33.58 | $0.00 | $33.58 |
| 5200 | 1174990 | 10/11/2017 | $183.44 | $0.00 | $183.44 |
| 5200 | 1176331 | 11/08/2017 | $182.65 | $0.00 | $182.65 |
| 5200 | 1177721 | 12/05/2017 | $182.65 | $0.00 | $182.65 |
| 5200 | 1179152 | 01/11/2018 | $182.66 | $0.00 | $182.66 |
| 5200 | 1180514 | 02/08/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1181880 | 03/08/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1183258 | 04/03/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1186399 | 05/15/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1187640 | 06/07/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1189079 | 07/12/2018 | $182.66 | $0.00 | $182.66 |
| 5200 | 1190433 | 08/09/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1191729 | 09/06/2018 | $182.66 | $0.00 | $182.66 |
| 5200 | 1193096 | 10/10/2018 | $182.65 | $0.00 | $182.65 |
| 5200 | 1194444 | 11/08/2018 | $181.87 | $0.00 | $181.87 |
| 5200 | 1195861 | 12/13/2018 | $181.87 | $0.00 | $181.87 |
| 5200 | 1197224 | 01/10/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1198303 | 02/07/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1199592 | 03/12/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1200978 | 04/11/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1202300 | 05/09/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1203616 | 06/06/2019 | $181.88 | $0.00 | $181.88 |
| 5200 | 1205020 | 07/11/2019 | $181.87 | $0.00 | $181.87 |
| 5200 | 1206358 | 08/07/2019 | $181.86 | $0.00 | $181.86 |
| 5200 | 1207871 | 09/26/2019 | $372.34 | $0.00 | $372.34 |
| 5200 | 1210104 | 11/07/2019 | $182.26 | $0.00 | $182.26 |
| 5200 | 1211477 | 12/12/2019 | $182.27 | $0.00 | $182.27 |
| 5200 | 1212842 | 01/16/2020 | $182.26 | $0.00 | $182.26 |
| 5200 | 1214186 | 02/13/2020 | $182.26 | $0.00 | $182.26 |
| 5200 | 1215499 | 03/12/2020 | $182.27 | $0.00 | $182.27 |
| 5200 | 1216764 | 04/14/2020 | $182.26 | $0.00 | $182.26 |
| 5200 | 1217747 | 05/06/2020 | $176.41 | $0.00 | $176.41 |
| 5200 | 1218733 | 06/02/2020 | $180.13 | $0.00 | $180.13 |
| 5200 | 1219759 | 07/07/2020 | $176.42 | $0.00 | $176.42 |
| 5200 | 1220801 | 08/12/2020 | $176.41 | $0.00 | $176.41 |
| 5200 | 1221862 | 09/17/2020 | $352.83 | $0.00 | $352.83 |
| 5200 | 1224628 | 12/10/2020 | $54.95 | $0.00 | $54.95 |
| 5200 | 1226407 | 01/19/2021 | $178.37 | $0.00 | $178.37 |
| 5200 | 1227427 | 02/17/2021 | $236.95 | $0.00 | $236.95 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

ANNETTE ALLEN  Case No.: 1-16-03921-HWV
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on July 22, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

GARY J. IMBLUM, ESQUIRE  SERVED ELECTRONICALLY
4615 DERRY STREET
HARRISBURG PA, 17111-

Specialized Loan Servicing LLC  SERVED BY 1ST CLASS MAIL
6200 QUEBEC ST
GREENWOOD VILLAGE, CO, 80111

ANNETTE ALLEN  SERVED BY 1ST CLASS MAIL
2640 REEL STREET
HARRISBURG, PA 17110

I certify under penalty of perjury that the foregoing is true and correct.

Date: July 22, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com